No. 144. BABB v. MARELLI, TRUSTEE. C. A. 7th Cir. Certiorari denied. *David R. Babb,* petitioner, *pro se.*

No. 149. ABRAMSON v. EXCHANGE NATIONAL BANK OF CHICAGO ET AL.; and
No. 208. EXCHANGE NATIONAL BANK OF CHICAGO v. ABRAMSON ET AL. C. A. 8th Cir. Certiorari denied. *Sidney P. Abramson,* petitioner, *pro se,* in No. 149 and respondent, *pro se,* in No. 208. *Edgar Bernhard* for Exchange National Bank of Chicago, petitioner in No. 208 and respondent in No. 149. Reported below: 408 F. 2d 1099.

No. 150. HARRY F. BERGGREN & SONS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied. *J. Max Harding* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent. ■

No. 154. GAY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *William G. Line* for petitioner. *Solicitor General Griswold* for the United States. ■

No. 155. NEIWIRTH v. HYDROCARBON CHEMICALS, INC., ET AL.; and
No. 217. STARR ET AL. v. HYDROCARBON CHEMICALS, INC., ET AL. C. A. 3d Cir. Certiorari denied. *Max L. Rosenstein* for petitioner in No. 155, and *Edwin Fradkin, pro se,* and for other petitioners in No. 217. *Michael R. Griffinger* for respondent Clemence, Trustee in Bankruptcy, and *Solicitor General Griswold, Philip A. Loomis, Jr., David Ferber,* and *Paul Gonson* for respondent Securities and Exchange Commission, in both cases. Reported below: 411 F. 2d 203.